## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION
### *(Electronically Filed)*

| | | |
|---|---|---|
| SIOUX STEEL COMPANY | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | Civil Action No. 1:16-cv-2212 |
| v. | ) | Judge: Mary M. Rowland |
| | ) | |
| PRAIRIE LAND MILLWRIGHT SERVICES, INC., et al. | ) | |
| | ) | |
| | ) | |
| Defendants | ) | |
| | ) | |

## PLAINTIFF SIOUX STEEL COMPANY'S MOTION FOR ATTORNEYS' FEES AND EXPENSES PURSUANT TO 35 U.S.C. § 285

Plaintiff, Sioux Steel Company ("Sioux Steel"), by counsel, hereby moves the Court for an order declaring this case "exceptional" and awarding them reasonable attorneys' fees and expenses under 35 U.S.C. § 285 and Rule 54(d)(2) of the Federal Rules of Civil Procedure. As set forth more fully in Sioux Steel's Memorandum in Support filed contemporaneously herewith, this case should be deemed "exceptional" for a host of reasons. First, the jury conclusively and emphatically determined that Defendants willfully infringed Sioux Steel's U.S. Patent No. 8,967,937. Moreover, the substantive strength of Sioux Steel's positions, the lack of closeness of the case on the merits, and the objectively unreasonable manner in which Defendants litigated this case all militate a finding that this case was nothing short of exceptional. Accordingly, Sioux Steel respectfully requests this Court award it its attorneys' fees and expenses incurred throughout the entirety of this litigation.

A proposed Order is tendered herewith.

0

Respectfully submitted,

*s/ Matt P. Dearmond*

Robert J. Theuerkauf (Member, N.D. Ill. Bar)
Brian P. McGraw (Member, N.D. Ill. Bar)
Megan E. Gibson (*pro hac vice*)
Matthew P. Dearmond (*pro hac vice*)
**GRAY ICE HIGDON, PLLC**
4600 Shelbyville Road, #8022
Louisville, KY 40257
rjt@grayice.com
bmcgraw@grayice.com
mgibson@grayice.com
mdearmond@grayice.com

-and-

J. Aron Carnahan (Ill. Bar No. 6242642)
Philip D. Segrest, Jr.
**HUSCH BLACKWELL, LLP**
120 South Riverside – 22nd Floor
Chicago IL 60606
Phone: (312) 655-1500
Fax:     (312) 655-1501
Aron.carnahan@huschblackwell.com
Philip.segrest@huschblackwell.com

***COUNSEL FOR PLAINTIFF,***
***SIOUX STEEL COMPANY***

## *CERTIFICATE OF SERVICE*

The undersigned certifies that this __*27th*__ day of April, 2023, a copy of the above and foregoing document was electronically filed with the Clerk of the Court using the CM/ECF system which sent electronic notification of such filing to all those individuals currently electronically registered with the Court.

*s/ Matt P. Dearmond*