# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION
*(Electronically Filed)*

| | |
|---|---|
| SIOUX STEEL COMPANY )<br>)<br>Plaintiff )<br>)<br>) Civil Action No. 1:16-cv-2212<br>v. ) Judge: Mary M. Rowland<br>)<br>PRAIRIE LAND MILLWRIGHT SERVICES, )<br>INC., et. al., )<br>)<br>Defendants ) | |

## PLAINTIFF'S MOTION FOR ENTRY OF JUDGMENT ON THE JURY VERDICT

Pursuant to Rule 58(b)(2)(A) of the Federal Rules of Civil Procedure, Plaintiff Sioux Steel Company ("Sioux Steel"), by and through counsel, respectfully request that the Court enter judgment in this case on the jury verdict. DN 530. Pursuant to Rules 58(a) and (d) of the Federal Rules of Civil Procedure, Sioux Steel respectfully requests that the Court set out its entry of judgment in a separate document.

As the Court may recall, after the jury verdict was read, the parties and the Court agreed to suspend formal entry of judgment on the jury verdict to allow the parties additional time to file their post-trial motions (and to accommodate the upcoming holiday season). However, given the amount of time that has passed since the jury verdict, the status of the parties' post-trial motions, and the Defendants recent actions since the conclusion of trial, Sioux Steel respectfully requests the Court proceed with entering judgment on the jury verdict. Sioux Steel submits proposed language for such judgment attached as **Exhibit A**. Sioux Steel has also submitted concurrently herewith a Proposed Order granting this motion.

Respectfully submitted,

 *s/ Matt P. Dearmond*
Robert J. Theuerkauf (Member, N.D. Ill. Bar)
Brian P. McGraw (Member, N.D. Ill. Bar)
Megan E. Gibson (*pro hac vice*)
Matthew P. Dearmond (*pro hac vice*)
**GRAY ICE HIGDON, PLLC**
4600 Shelbyville Road, #8022
Louisville, KY 40257
rjt@grayice.com
bmcgraw@grayice.com
mgibson@grayice.com
mdearmond@grayice.com

-and-

J. Aron Carnahan (Ill. Bar No. 6242642)
Philip D. Segrest, Jr.
**HUSCH BLACKWELL, LLP**
120 South Riverside – 22nd Floor
Chicago IL 60606
Phone: (312) 655-1500
Fax:    (312) 655-1501
Aron.carnahan@huschblackwell.com
Philip.segrest@huschblackwell.com

***COUNSEL FOR PLAINTIFF***

*CERTIFICATE OF SERVICE*

      The undersigned certifies that the foregoing was filed electronically on this **6th** day of July, 2023. Notice of this filing will be sent to the following through the Court's electronic filing system:

Harry E. Van Camp
Elijah B. Van Camp
Craig Fieschko
Laura Davis
**DEWITT, ROSS & STEVENS, S.C.**
Two East Mifflin Street, Suite 600
Madison, Wisconsin 53703
hvc@dewittllp.com
evc@dewittllp.com
cf@dewittllp.com
lmd@dewittllp.com
*Counsel for Defendants*

Jeffrey Rosenberg,
**O'HALLORAN KOSOFF GEITNER & COOK**
Edens Corporate Center
650 Dundee Road - Fourth Floor
Northbrook, Illinois 60062
jrosenberg@okgc.com
*Counsel for Defendants*

Tom Rammer (IL Bar No. 6297479)
**ICE MILLER, LLP**
200 W. Madison Street, Suite 3500
Chicago, IL 60606
Phone: 312-705-6016
Facsimile: 312-705-6017
Tom.Rammer@icemiller.com
*Counsel for Defendants*

Holiday Banta (IN Bar No. 17852-49)
**ICE MILLER, LLP**
One American Square, Suite 2900
Indianapolis, IN 46282
Phone: 317-236-5882
Facsimile: 317-592-4226
H.Banta@icemiller.com
*Counsel for Defendants*

      **s/ Matt P. Dearmond**
      *Counsel for Plaintiff*